RECEIVED
JUN 2 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL D. BOURGEOIS, JR. | CIVIL ACTION NO. 05-0163 |
| VERSUS | JUDGE DOHERTY |
| WAL-MART STORES, INC. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the plaintiff's Motion for Remand shall be and is GRANTED as this Court does not have subject matter jurisdiction over this action. The matter shall be and is REMANDED to the Sixteenth Judicial District Court for the Parish of St. Mary, State of Louisiana.

THUS DONE AND SIGNED in Chambers this 22 day of June, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE